United States District Court
Southern District of Iowa

United States of America :
:
Plaintiff, :
:
vs. : Case No. 4-9-76
:
Richard Rosenquist :
:
Defendant. :

## Order Appointing Counsel

The Court finds that the Defendant qualifies for appointment of counsel under the Criminal Justice Act, 18 USC §3006A, and the Criminal Justice Act Plan for the Southern District of Iowa. A CJA Form 23 Financial Affidavit shall be filed within five days of this Order.

It is ORDERED that the Federal Public Defender, or substitute counsel designated pursuant to the CJA Plan, is appointed to represent Defendant for all proceedings, including appeal.

Upon Motion of the Government, the Court may require Defendant to make full or partial repayment of attorney and witness fees, should it find that the Defendant has the ability to make such payment.

DATED: 6/15/09

_____
JUDGE/CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA